IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

**DELTA SPRAYERS, INC.**                                                                                         **PLAINTIFF**

V.                      NO. 5:16CV00170 JM

**PRATT AND WHITNEY CANADA, and
PRATT AND WHITNEY GROUP**                                         **DEFENDANTS**

## JUDGMENT

Having been notified by the parties that a settlement has been reached in this matter, the Court finds that this case should be dismissed. The complaint and all claims in this action are hereby dismissed with prejudice as to all parties.

IT IS SO ORDERED this 12th day of March, 2019.

                                                            _____
                                                            James M. Moody Jr.
                                                            United States District Judge